

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETULA ASSOCIATES, LTD., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:CV-96-3216-P |
| | § | |
| DOLCO PACKAGING CORPORATION, | § | |
| | § | |
| Defendant. | § | |

### AFFIDAVIT OF CHARLES D. STAR, ESQ.

STATE OF NEW YORK    )
                     :
COUNTY OF NEW YORK   )

CHARLES D. STAR, being duly sworn, deposes and says:

1. Attached hereto as Exhibit A is a true and correct copy of the Lease Agreement Dolco Packaging Corporation entered into with Crow Redbird Associates and Petula Associates, including subsequent amendments.

2. Attached hereto as Exhibit B is a true and correct copy of a Memorandum Opinion and Order in the above-captioned case, dated February 23, 1998.

3. Attached hereto as Exhibit C is a true and correct copy of a Memorandum Opinion and Order in the above-captioned case, dated March 30, 1999.

4. Attached hereto as Exhibit D is a true and correct copy of the Opinion and Order of the U.S. Court of Appeals for the Fifth Circuit in the above-captioned case.

5. Attached hereto as Exhibit E is an excerpt from Uniform Standards of Professional Appraisal Practice, 2001 Edition.

**ORIGINAL**

6.  Attached hereto as Exhibit F is an excerpt from <u>The Appraisal of Real Estate, 11th Edition</u> (1996).

*[signature]*
CHARLES D. STAR

Sworn to before me
this /9th day of June, 2001

*[signature]*
Notary Public

**EMILY STERN**
Notary Public, State of New York
No. 02ST5055697
Qualified in Kings County
Commission Expires February 20, 19/2002

-2-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of June, 2001, he caused a true and correct copy of the above and forgoing document to be forwarded to the following parties via hand delivery:

>Raymond E. LaDriere, II, Esq.
>Earl A. Berry, Jr., Esq.
>Thomas F. Loose, Esq.
>Locke Liddell & Sapp, LLP
>2200 Ross Avenue, Suite 2200
>Dallas, Texas  75201-6776

*/s/ Robert B. Cousins, Jr.*
ROBERT B. COUSINS, JR.