ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 4 2003
CLERK, U.S. DISTRICT COURT
By_____
Deputy

PETULA ASSOCIATES, LTD., :
    Plaintiff, :
    v. :  CIVIL ACTION NO.
     :  3:CV-96-3216-P
DOLCO PACKAGING CORPORATION, :
    Defendant. :

TO:  UNITED STATES DISTRICT COURT FOR
      THE NORTHERN DISTRICT OF TEXAS
      United States District Clerk
      1100 Commerce, 14th Floor
      Dallas, TX 75242
      214-753-2200

## SATISFACTION OF JUDGMENT

WHEREAS, an amended judgment was signed by the Honorable Jorge A. Solis and entered in the above entitled action on June 11, 2002 in the United States District Court, Northern District of Texas, in favor of plaintiff Petula Associates Ltd. ("Petula") and against Dolco Packaging Corp., now known as Tekni-Plex, Inc. ("Tekni-Plex"), for the sum of $1,521,273.02, and post-judgment interest;

WHEREAS, the United States Court of Appeals for the Fifth Circuit affirmed the judgment against Tekni-Plex in an opinion and judgment, each dated July 7, 2003, and mandate of said judgment issuing on August 11, 2003;

WHEREAS, said judgment in favor of Petula and against Tekni-Plex has been fully paid, including post-judgment interest in the amount of $ 43,504.72; and

THEREFORE, satisfaction of said judgment against Tekni-Plex is hereby acknowledged, and the Clerk of the Northern District of Texas is hereby authorized and directed to make an entry of satisfaction on the docket of said judgment against Tekni-Plex.

Dated: Dallas, Texas
      September 4, 2003

                              LOCKE, LIDDELL & SAPP LLP

                              By: _____
                                    Raymond E. LaDriere II
                                      Thomas F. Loose
                              2200 Ross Avenue
                              Suite 2200
                              Dallas, Texas 75201
                              (214) 740-8000

                              *Attorneys for Plaintiff*
                              *Petula Associates, Ltd.*

                              -and-

Dated: Des Moines, Iowa
      September 3, 2003

                              PETULA ASSOCIATES, LTD.

                              By: _____ DONALD J. KOEHLER, II
                                                                           COUNSEL

                              By: _____
                                                                       DENNIS D. BALLARD, Counsel

On this date, before me the undersigned, a Notary Public in and for the Sate of Iowa, personally appeared Donald J. Koehler, II the Counsel of Petula Associates, Ltd. and Dennis D. Ballard the Counsel of Petula Associates, Ltd., to me known to be the persons who executed the foregoing instrument and acknowledged that they executed the same as their voluntary act and deed.

      Subscribed and sworn to before me this 3rd day of September, 2003.

                              _____
                              Notary Public

                              PHYLLIS A. WEEDA
                              Commission Number 403947
                              My Commission Expires
                              September 20, 2005